# CERTIFICATE OF SERVICE

      I, David R. Hurst , certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of (i) this Summons; (ii) a copy of the Complaint and (iii) a Notice of Dispute Resolution Alternatives was made on June 7, 2019 by:

☒    Mail service: First-Class Mail, postage prepaid to:

| FJC Security Services<br>Attn: Officer, Managing Agent or General Agent<br>275 Jericho Turnpike<br>Floral Park, NY 11001 | FJC Security Services<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 |
|---|---|

☐    Personal Service: By Hand Delivery to the following counsel to defendant pursuant to agreement among the parties:

☐    Residence Service: By leaving the process with the following adult at:

☐    Publication: The defendant was served as follows: [Describe briefly]

☐    Certified Mail Service on Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐    State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]
           (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

| June 7, 2019 | /s/ David R. Hurst |
|---|---|
| *Date* | *Signature* |

| Print Name |
| David R. Hurst |
| Business Address |
| 500 Delaware Avenue, Suite 1410 |
| City               State            Zip |
| Wilmington      DE          19801 |